# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
http://mottandgendronlaw.wix.com/mottandgendronlaw
Email: info.mottandgendronlaw@gmail.com

| | |
|---|---|
| Dorothy L. Mott, Esquire | Telephone: (717) 232-6650 |
| Kara K. Gendron, Esquire | Fax: (717) 232-0477 |

August 8, 2016

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET
PO BOX 908
HARRISBURG, PA 17108-0908

Re:  Brian Eugene Schmiedel & Tammy Lee Schmiedel
     BANKRUPTCY CASE NO:1:16-bk-01705

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the creditor (3 entries) listed below for the above-referenced client from:

MIDLAND FUNDING LLC
8875 AERO DRIVE SUITE 200
SAN DIEGO, CA 92123

to:

MIDLAND FUNDING LLC
PO BOX 211
WARREN, MI 48090


Please remove old address from the mailing matrix.


Thank you for your attention to this matter.

Sincerely,

/s/Edith Warfel
Edith Warfel, Secretary to
Dorothy L. Mott, Attorney at Law