```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                                                 Case No. 16-01705-RNO
Brian Eugene Schmiedel                                                                 Chapter 13
Tammy Lee Schmiedel
       Debtors                          CERTIFICATE OF NOTICE
District/off: 0314-1           User: REshelman              Page 1 of 2                Date Rcvd: Aug 29, 2016
                               Form ID: ntnoshow            Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2016.
db/jdb         +Brian Eugene Schmiedel,    Tammy Lee Schmiedel,    1265 Fern Road,    Harrisburg, PA 17112-9457
cr             +PA Department of Revenue,   Office of Attorney General,    15th Floor - Strawberry Square,
                 Harrisburg, PA 17120-0001
4780262         APEX ASSET MANAGEMENT,    2501 OREGON PIKE, STE 102,    LANCASTER, PA 17601-4890
4780264         CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4780265         CB/BON,   BK NOTICES,    PO BOX 182125,   COLUMBUS, OH 43218-2125
4780266         CB/VICSCRT,    ATTN: BANKRUPTCY NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
4780268        +COMCAST CABLE (BK Notices),    1555 SUZY ST,   LEBANON, PA 17046-8318
4780270         COMMONWEALTH OF PA,   DEPARTMENT OF REVENUE,    BUREAU OF INDIVIDUAL TAX,    DEPT 280431,
                 HARRISBURG, PA 17128-0431
4780271         COMMONWEALTH OF PA,   DEPT OF REV, BUREAU OF COMPLIANCE,    PO BOX 280947,
                 HARRISBURG, PA 17128-0947
4780272        +CONVERGENT OUTSOURCING INC,    800 SW 39TH STREET,    PO BOX 9004,    RENTON, WA 98057-9004
4780274        +DAUPHIN COUNTY TAX CLAIM,    2 SOUTH 2ND STREET,    HARRISBURG, PA 17101-2047
4782203        +DEUTSCHE BANK NATIONAL TRUST COMPANY,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
                 6409 CONGRESS AVE., SUITE 100,    BOCA RATON, FL 33487-2853
4780277        +EOS CCA,    700 LONGWATER DRIVE,    NORWELL, MA 02061-1624
4780278        +FIRST PREMIER BANK,    3820 N LOUISE AVENUE,    SIOUX FALLS SD 57107-0145
4780282        +KATHERINE N SCHMIEDEL,    1265 FERN ROAD,   HARRISBURG, PA 17112-9457
4780284        +MIDLAND FUNDING LLC,    PO BOX 211,   WARREN, MI 48090-0211
4780285        +MILLENIUM,    3000 UNITED FOUNDERS BLVD,    SUITE 219,   OKLAHOMA CITY, OK 73112-4279
4825892        +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
4816917        +Midland Funding LLC,    PO Box 2011,   Warren, MI 48090-2011
4780286         OCWEN LOAN SERVICING LLC,    ATTN: BANKRUPTCY DEPT,    PO BOX 24605,
                 WEST PALM BEACH, FL 33416-4605
4780287        +PERRY COUNTY TAX CLAIM,    PO BOX 37,   NEW BLOOMFIELD, PA 17068-0037
4780289        +POTTER COUNTY TAX CLAIM BUREAU,    1 N MAIN STREET, STE 203,    COUDERSPORT, PA 16915-1680
4784538        +Perry County Tax Claim Bureau,    25 W Main Street,    PO Box 37,    New Bloomfield PA 17068-0037
4780290         ROBERT E CHERNICOFF, ESQUIRE,    2320 NORTH SECOND STREET,    PO BOX 60457,
                 HARRISBURG, PA 17106-0457
4780291         RUSHMORE LOAN MANAGEMENT SERVICES,    CUSTOMER SERVICE DEPARTMENT,    PO BOX 55004,
                 IRVINE, CA 92619-5004
4780293        +TRACY L UPDIKE ESQ,    SERRATELLI SCHIFFMAN & BROWN PC,    2080 LINGLESTOWN ROAD SUITE 201,
                 HARRISBURG, PA 17110-9670
4780294        +UDREN LAW OFFICES, PC,    WOODCREST CORPORATE CENTER,    111 WOODCREST RD, STE 200,
                 CHERRY HILL, NJ 08003-3620
4780295        +UNEMPLOYMENT COMP OVERPAYMENT MATTERS,    DEPT OF LABOR AND INDUSTRY,    OFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4780296        +UNEMPLOYMENT COMP TAX MATTERS,    HARRISBURG CASES - OFF OF CHIEF COUNSEL,
                 DEPT OF LABOR & INDUSTRY,    651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0700
4780297        +WELLS FARGO DEALER SERVICES,    BANKRUPTCY DEPT/GREENVILLE,    1451 THOMAS LANGSTON ROAD,
                 WINTERVILLE, NC 28590-8872
4796693         Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    P.O. Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4780261         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2016 18:53:27      AMERICAN INFORSOURCE LP,
                 AGENT FOR MIDLAND FUNDING LLC,    PO BOX 268941,    OKLAHOMA CITY, OK 73126-8941
4780263        +E-mail/Text: banko@berkscredit.com Aug 29 2016 18:50:15      BERKS CREDIT & COLL,
                 900 CORPORATE DRIVE,    READING, PA 19605-3340
4780267        +E-mail/Text: dehartstaff@pamd13trustee.com Aug 29 2016 18:50:41      CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4780269         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2016 18:50:20      COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4780273        +E-mail/Text: creditonebknotifications@resurgent.com Aug 29 2016 18:50:10      CREDITONE BANK,
                 PO BOX 98872,    LAS VEGAS, NV 89193-8872
4780275        +E-mail/Text: mrdiscen@discover.com Aug 29 2016 18:50:09      DISCOVER FINANCIAL SERVICES LLC (p),
                 PO BOX 15316,    WILMINGTON, DE 19850-5316
4785811         E-mail/Text: mrdiscen@discover.com Aug 29 2016 18:50:09      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
4780276        +E-mail/Text: egssupportservices@egscorp.com Aug 29 2016 18:50:33      EGS FINANCIAL CARE INC,
                 FKA NCO FINANCIAL SYSTEMS INC,    507 PRUDENTIAL ROAD,    HORSHAM, PA 19044-2308
4780279         E-mail/Text: cio.bncmail@irs.gov Aug 29 2016 18:50:13      INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4780281         E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 29 2016 18:50:34      JEFFCAPSYS,    16 MCLELAND RD,
                 SAINT CLOUD, MN 56303
4780283        +E-mail/Text: csd1clientservices@cboflanc.com Aug 29 2016 18:50:41      LANCASTER COLLECTIONS,
                 218 W ORANGE ST,    LANCASTER, PA 17603-3746
4803456         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2016 18:53:05
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4780288         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2016 18:58:59
                 PORTFOLIO RECOVERY ASSOCIATES LLC,    120 CORPORATE BLVD,    NORFOLK, VA 23502
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
4789603         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2016 19:04:39
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
4826735         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2016 18:50:20
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
4799577         E-mail/Text: bnc-quantum@quantum3group.com Aug 29 2016 18:50:17
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
4780292        +E-mail/Text: bankruptcy@sw-credit.com Aug 29 2016 18:50:25      SW CREDIT SYS,
                 4120 INTERNATIONAL PKWY STE 1100,   CARROLLTON, TX 75007-1958
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Deutsche Bank National Trust Company,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave.,   Suite 100,   Boca Raton, FL 33487-2853
4780280*        IRS CENTRALIZED INSOLVENCY ORGANIZATION,   PO BOX 7346,   PHILADELPHIA, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2016 at the address(es) listed below:

```
          Brenda Sue Bishop    on behalf of Creditor    PA Department of Revenue bbishop@attorneygeneral.gov,
           RA-occbankruptcy6@state.pa.us;vcaggiano@attorneygeneral.gov;rroberts@attorneygeneral.gov
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Dorothy L Mott    on behalf of Debtor Brian Eugene Schmiedel DorieMott@aol.com,
           KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
           .com
          Dorothy L Mott    on behalf of Joint Debtor Tammy Lee Schmiedel DorieMott@aol.com,
           KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
           .com
          Joshua I Goldman    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kara Katherine Gendron    on behalf of Joint Debtor Tammy Lee Schmiedel karagendronecf@gmail.com,
           doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
          Kara Katherine Gendron    on behalf of Debtor Brian Eugene Schmiedel karagendronecf@gmail.com,
           doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William Edward Miller    on behalf of Creditor    Deutsche Bank National Trust Company
           wmiller@sterneisenberg.com, nmiller@sterneisenberg.com
                                                                                               TOTAL: 9
```

ntnoshow (03/15)

|  |
|---|
| # UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF PENNSYLVANIA |

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Brian Eugene Schmiedel  Chapter   13
Tammy Lee Schmiedel
fka Tammy Lee McKee  Case No.   1:16−bk−01705−RNO

Debtor(s)

## Notice

The Court intends to dismiss the Case.

The court docket reflects that the debtor(s) has/have failed to appear at the meeting of creditors required under Section 341 of the Bankruptcy Code. Section 343 of the Code provides that debtor(s) shall appear at the meeting and submit to examination under oath by creditors, the case trustee, and other interested parties. The failure of debtor(s) to appear at the meeting constitutes cause for dismissal.

Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **September 22, 2016**. If the debtor(s) oppose(s) this dismissal, debtor(s) must file an objection with the Court, on or before **September 22, 2016**, and explain why debtor(s) failed to appear at the creditors' meeting on each occasion the meeting was scheduled by the Court. If no timely objection is filed, an Order will be entered.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: REshelman |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 29, 2016 |