```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 16-01705-RNO
Brian Eugene Schmiedel                                                  Chapter 13
Tammy Lee Schmiedel
         Debtors               CERTIFICATE OF NOTICE
District/off: 0314-1          User: LyndseyPr              Page 1 of 2                  Date Rcvd: Sep 23, 2016
                              Form ID: ordsmiss           Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2016.
db/jdb       +Brian Eugene Schmiedel,    Tammy Lee Schmiedel,    1265 Fern Road,    Harrisburg, PA 17112-9457
cr           +PA Department of Revenue,    Office of Attorney General,    15th Floor - Strawberry Square,
               Harrisburg, PA 17120-0001
4780262       APEX ASSET MANAGEMENT,    2501 OREGON PIKE, STE 102,    LANCASTER, PA 17601-4890
4780268      +COMCAST CABLE (BK Notices),    1555 SUZY ST,   LEBANON, PA 17046-8318
4780270       COMMONWEALTH OF PA,    DEPARTMENT OF REVENUE,    BUREAU OF INDIVIDUAL TAX,    DEPT 280431,
               HARRISBURG, PA 17128-0431
4780271       COMMONWEALTH OF PA,    DEPT OF REV, BUREAU OF COMPLIANCE,    PO BOX 280947,
               HARRISBURG, PA 17128-0947
4780274      +DAUPHIN COUNTY TAX CLAIM,    2 SOUTH 2ND STREET,    HARRISBURG, PA 17101-2047
4782203      +DEUTSCHE BANK NATIONAL TRUST COMPANY,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
               6409 CONGRESS AVE., SUITE 100,    BOCA RATON, FL 33487-2853
4780277      +EOS CCA,   700 LONGWATER DRIVE,    NORWELL, MA 02061-1624
4780282      +KATHERINE N SCHMIEDEL,    1265 FERN ROAD,   HARRISBURG, PA 17112-9457
4780284      +MIDLAND FUNDING LLC,    PO BOX 211,   WARREN, MI 48090-0211
4780285      +MILLENIUM,   3000 UNITED FOUNDERS BLVD,    SUITE 219,    OKLAHOMA CITY, OK 73112-4279
4825892      +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
               Irvine, CA 92619-5004
4816917      +Midland Funding LLC,    PO Box 2011,   Warren, MI 48090-2011
4780286       OCWEN LOAN SERVICING LLC,    ATTN: BANKRUPTCY DEPT,    PO BOX 24605,
               WEST PALM BEACH, FL 33416-4605
4780287      +PERRY COUNTY TAX CLAIM,    PO BOX 37,   NEW BLOOMFIELD, PA 17068-0037
4780289      +POTTER COUNTY TAX CLAIM BUREAU,    1 N MAIN STREET, STE 203,    COUDERSPORT, PA 16915-1680
4784538      +Perry County Tax Claim Bureau,    25 W Main Street,    PO Box 37,    New Bloomfield PA 17068-0037
4780290       ROBERT E CHERNICOFF, ESQUIRE,    2320 NORTH SECOND STREET,    PO BOX 60457,
               HARRISBURG, PA 17106-0457
4780291       RUSHMORE LOAN MANAGEMENT SERVICES,    CUSTOMER SERVICE DEPARTMENT,    PO BOX 55004,
               IRVINE, CA 92619-5004
4780293      +TRACY L UPDIKE ESQ,    SERRATELLI SCHIFFMAN & BROWN PC,    2080 LINGLESTOWN ROAD SUITE 201,
               HARRISBURG, PA 17110-9670
4780294      +UDREN LAW OFFICES, PC,    WOODCREST CORPORATE CENTER,    111 WOODCREST RD, STE 200,
               CHERRY HILL, NJ 08003-3620
4780295      +UNEMPLOYMENT COMP OVERPAYMENT MATTERS,    DEPT OF LABOR AND INDUSTRY,    OFICE OF CHIEF COUNSEL,
               651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4780296      +UNEMPLOYMENT COMP TAX MATTERS,    HARRISBURG CASES - OFF OF CHIEF COUNSEL,
               DEPT OF LABOR & INDUSTRY,    651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4780261       EDI: AIS.COM Sep 23 2016 19:28:00      AMERICAN INFORSOURCE LP,    AGENT FOR MIDLAND FUNDING LLC,
               PO BOX 268941,    OKLAHOMA CITY, OK 73126-8941
4780263      +E-mail/Text: banko@berkscredit.com Sep 23 2016 19:28:13      BERKS CREDIT & COLL,
               900 CORPORATE DRIVE,    READING, PA 19605-3340
4780264       EDI: CAPITALONE.COM Sep 23 2016 19:28:00      CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,
               PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4780265       EDI: WFNNB.COM Sep 23 2016 19:28:00      CB/BON,   BK NOTICES,    PO BOX 182125,
               COLUMBUS, OH 43218-2125
4780266       EDI: WFNNB.COM Sep 23 2016 19:28:00      CB/VICSCRT,    ATTN: BANKRUPTCY NOTICES,    PO BOX 182125,
               COLUMBUS, OH 43218-2125
4780267      +E-mail/Text: dehartstaff@pamd13trustee.com Sep 23 2016 19:28:29       CHARLES J DEHART, III, ESQ.,
               8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4780269       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 23 2016 19:28:17       COMM OF PA DEPT OF REVENUE,
               BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4780272      +EDI: CONVERGENT.COM Sep 23 2016 19:28:00      CONVERGENT OUTSOURCING INC,    800 SW 39TH STREET,
               PO BOX 9004,    RENTON, WA 98057-9004
4780273      +EDI: RCSFNBMARIN.COM Sep 23 2016 19:28:00      CREDITONE BANK,    PO BOX 98872,
               LAS VEGAS, NV 89193-8872
4780275      +EDI: DISCOVER.COM Sep 23 2016 19:28:00      DISCOVER FINANCIAL SERVICES LLC (p),    PO BOX 15316,
               WILMINGTON, DE 19850-5316
4785811       EDI: DISCOVER.COM Sep 23 2016 19:28:00      Discover Bank,    Discover Products Inc,
               PO Box 3025,    New Albany, OH 43054-3025
4780276      +E-mail/Text: egssupportservices@egscorp.com Sep 23 2016 19:28:23       EGS FINANCIAL CARE INC,
               FKA NCO FINANCIAL SYSTEMS INC,    507 PRUDENTIAL ROAD,    HORSHAM, PA 19044-2308
4780278      +EDI: AMINFOFP.COM Sep 23 2016 19:28:00      FIRST PREMIER BANK,    3820 N LOUISE AVENUE,
               SIOUX FALLS SD 57107-0145
4780279       EDI: IRS.COM Sep 23 2016 19:28:00      INTERNAL REVENUE SERVICE - CIO,    PO BOX 7346,
               PHILADELPHIA, PA 19101-7346
4780281       EDI: JEFFERSONCAP.COM Sep 23 2016 19:28:00      JEFFCAPSYS,    16 MCLELAND RD,
               SAINT CLOUD, MN 56303
4780283      +E-mail/Text: csd1clientservices@cboflanc.com Sep 23 2016 19:28:29       LANCASTER COLLECTIONS,
               218 W ORANGE ST,    LANCASTER, PA 17603-3746
4803456       EDI: RESURGENT.COM Sep 23 2016 19:28:00      LVNV Funding, LLC its successors and assigns as,
               assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4780288        EDI: PRA.COM Sep 23 2016 19:28:00      PORTFOLIO RECOVERY ASSOCIATES LLC,    120 CORPORATE BLVD,
                 NORFOLK, VA 23502
4789603        EDI: PRA.COM Sep 23 2016 19:28:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
4826735        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 23 2016 19:28:17
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
4799577        EDI: Q3G.COM Sep 23 2016 19:28:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
4780292       +EDI: SWCR.COM Sep 23 2016 19:28:00      SW CREDIT SYS,    4120 INTERNATIONAL PKWY STE 1100,
                 CARROLLTON, TX 75007-1958
4780297       +EDI: WFFC.COM Sep 23 2016 19:28:00      WELLS FARGO DEALER SERVICES,
                 BANKRUPTCY DEPT/GREENVILLE,   1451 THOMAS LANGSTON ROAD,    WINTERVILLE, NC 28590-8872
4796693        EDI: WFFC.COM Sep 23 2016 19:28:00      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
                 P.O. Box 19657,   Irvine, CA 92623-9657
                                                                                                TOTAL: 24

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Deutsche Bank National Trust Company,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave.,   Suite 100,   Boca Raton, FL 33487-2853
4780280*       IRS CENTRALIZED INSOLVENCY ORGANIZATION,    PO BOX 7346,   PHILADELPHIA, PA 19101-7346
                                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2016 at the address(es) listed below:
              Brenda Sue Bishop    on behalf of Creditor    PA Department of Revenue bbishop@attorneygeneral.gov,
               RA-occbankruptcy6@state.pa.us;vcaggiano@attorneygeneral.gov;rroberts@attorneygeneral.gov
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor Brian Eugene Schmiedel DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Dorothy L Mott    on behalf of Joint Debtor Tammy Lee Schmiedel DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Joshua I Goldman    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Joint Debtor Tammy Lee Schmiedel karagendronecf@gmail.com,
               doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron    on behalf of Debtor Brian Eugene Schmiedel karagendronecf@gmail.com,
               doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    Deutsche Bank National Trust Company
               wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                                TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Brian Eugene Schmiedel | Chapter 13 |
| Tammy Lee Schmiedel | |
| fka Tammy Lee McKee | Case No. 1:16−bk−01705−RNO |
| **Debtor(s)** | |

### Order

After notice and opportunity for a hearing thereon, it appearing that the above−named Debtor and Joint Debtor failed to attend the scheduled meetings of creditors pursuant to 11 U.S.C. § 341(a), it is

**ORDERED** that the above−referenced case for Debtor and Joint Debtor be and hereby is dismissed.

Dated: September 23, 2016

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk